UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ESTATE OF GERALDINE F. JENNINGS, ROBERT J. JENNINGS, CHERYL FAZO and KIM S. JENNINGS,

    Plaintiffs,

v.                              Case No: 2:19-cv-72-SPC-NPM

GULFSHORE PRIVATE HOME CARE, LLC,

    Defendant/Third Party Plaintiff

CRIS-CAROL SAMUELS,

    Third Party Defendant./

## **ORDER**[1]

Before the Court is United States Magistrate Judge Nicholas P. Mizell's Report and Recommendation. (Doc. 201). Judge Mizell recommends granting in part Defendant Gulfshore Private Home Care, LLC's Motion for Taxable Costs and awarding Gulfshore $2,408.55. (Doc. 201). Neither party objects to the Report and Recommendation, and the time to do so has expired.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* And "[t]he judge may also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file independently and upon considering Judge Mizell's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. Defendant Gulfshore Private Home Care, LLC's Motion for Taxable Costs (Doc. 195) is **GRANTED in part** and **DENIED in part**.
2. The Clerk is directed to enter a judgment in favor of Defendant and against Plaintiff, awarding costs in the amount of $2,408.55.

**DONE** and **ORDERED** in Fort Myers, Florida on May 7, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record